UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ANDRES FERDIN, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:15-CV-204 |
| | § | |
| PERFORMANCE ENERGY SERVICES, | § | |
| *et al*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

On August 7, 2015, this Court held a hearing on Plaintiff Andres Ferdin's ("Plaintiff") motion to remand (D.E. 8). The Court granted the motion from the bench, holding that the Jones Act claim was not improperly pleaded and the removal of Plaintiff's action based on the Outer Continental Shelf Lands Act ("OCSLA") was untimely. However, the Court allowed Defendants Performance Energy Services, LLC and Alliance Offshore, LLC (collectively "Defendants") to submit further briefing on the timeliness of the OCSLA removal. The Court received Defendants' supplemental briefing (D.E. 14) on August 14, 2015.

After reviewing Defendants' supplemental briefing, the Court stands by its initial decision. Plaintiff's motion to remand (D.E. 8) is **GRANTED**. It is **ORDERED** that the above-captioned cause be **REMANDED** to the County Court of Law No. 4 for Nueces County, Texas. It is further **ORDERED** that all pending motions be terminated.

ORDERED this 25th day of August, 2015.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE